## IN THE UNITED STATES DISTRICT COURT

## STATE OF SOUTH CAROLINA

## FLORENCE DIVISION

| | | |
|---|---|---|
| Baiden & Associates, Inc., | ) | Case No.: **4:11-cv-00267-RBH** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Crum & Forster Specialty Insurance | ) | **CONSENT ORDER OF DISMISSAL** |
| Co.; Twin City Fire Insurance Co.; | ) | **WITH PREJUDICE AS TO** |
| Certain Underwriters at Lloyds, | ) | **DEFENDANT** |
| London; Westchester Surplus Lines | ) | **ALEA GROUP HOLDINGS** |
| Insurance Co. and Alea Group | ) | **BERMUDA LTD. n/k/a** |
| Holdings Bermuda Ltd. n/k/a Catalina | ) | **CATALINA HOLDINGS** |
| Holdings (Bermuda) Ltd., | ) | **(BERMUDA) LTD.** |
| | ) | |
| | ) | |
| Defendants. | ) | |

IT APPEARING that the Plaintiff, Baiden & Associates, Inc. and the Defendant, Alea Group Holdings Bermuda Ltd. n/k/a Catalina Holdings (Bermuda) Ltd., have settled all issues in dispute in the above-captioned matter.

NOW THEREFORE, Plaintiff, by and through their undersigned counsel, hereby requests that its action against Defendant Alea Group Holdings Bermuda Ltd. n/k/a Catalina Holdings (Bermuda) Ltd., including all claims and counter-claims which were asserted or could have been asserted, be dismissed with prejudice.

AND IT IS ORDERED

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

March 29, 2012.

*(signature page to immediately follow)*

**WE SO MOVE:**                                    **WE SO CONSENT:**

**SWEENY, WINGATE & BARROW, P.A.**          **ROBERTSON & HOLLINGSWORTH**
/s/Mark S. Barrow                                  /s/Theodore L. Manos
Mark S. Barrow                                     Theodore L. Manos
Federal ID # 1220                                  Federal ID # 7023
Mark V. Gende                                      177 Meeting Street, Suite 300
Federal ID # 9448                                  Charleston, South Carolina 29401
1515 Lady Street                                   843-723-6470
Columbia, South Carolina 29211                     Attorneys for Plaintiff
803-256-2233                                        Baiden & Associates, Inc.
Attorneys for Defendant
Alea Group Holdings Bermuda Ltd., n/k/a/
Catalina Holdings (Bermuda) Ltd.