# IN THE UNITED STATES DISTRICT COURT

# STATE OF SOUTH CAROLINA

# FLORENCE DIVISION

| | | |
|---|---|---|
| Baiden & Associates, Inc., | ) | Case No.: 4:11-cv-00267-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Crum & Forster Specialty Insurance Co.; Twin City Fire Insurance Co.; Certain Underwriters at Lloyds, London; Westchester Surplus Lines Insurance Co. and Alea Group Holdings Bermuda Ltd. n/k/a Catalina Holdings (Bermuda) Ltd., | ) ) ) ) ) ) ) ) ) | CONSENT ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ALEA GROUP HOLDINGS BERMUDA LTD. n/k/a CATALINA HOLDINGS (BERMUDA) LTD. |
| Defendants. | ) | |

**IT APPEARING** that the Plaintiff, Baiden & Associates, Inc. and the Defendant, Alea Group Holdings Bermuda Ltd. n/k/a Catalina Holdings (Bermuda) Ltd., have settled all issues in dispute in the above-captioned matter.

**NOW THEREFORE**, Plaintiff, by and through their undersigned counsel, hereby requests that its action against Defendant Alea Group Holdings Bermuda Ltd. n/k/a Catalina Holdings (Bermuda) Ltd., including all claims and counter-claims which were asserted or could have been asserted, be dismissed with prejudice.

**AND IT IS ORDERED**

**s/ R. Bryan Harwell**
R. Bryan Harwell
United States District Judge

March 29, 2012.

(*signature page to immediately follow*)

| WE SO MOVE: | WE SO CONSENT: |
|---|---|

**SWEENY, WINGATE & BARROW, P.A.**  **ROBERTSON & HOLLINGSWORTH**
/s/Mark S. Barrow   /s/Theodore L. Manos
Mark S. Barrow   Theodore L. Manos
Federal ID # 1220   Federal ID # 7023
Mark V. Gende   177 Meeting Street, Suite 300
Federal ID # 9448   Charleston, South Carolina 29401
1515 Lady Street   843-723-6470
Columbia, South Carolina 29211   Attorneys for Plaintiff
803-256-2233   Baiden & Associates, Inc.
Attorneys for Defendant
Alea Group Holdings Bermuda Ltd., n/k/a/
Catalina Holdings (Bermuda) Ltd.